IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 1:12-CR- 43 |
| v. : | |
| : | (JUDGE Caldwell) |
| NURA ZIADEH, : | |
| RASHID ZIADEH and : | |
| MANNATULLAH ZIADEH, : | |
| : | (electronically filed) |
| Defendants. : | |

**INDICTMENT**

FILED
HARRISBURG

FEB 22 2012

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

THE GRAND JURY CHARGES THAT:

**COUNT I**
(Harboring Illegal Alien)

On or about the 16th day of November 2010, in the Middle District of Pennsylvania, the defendant,

**NURA ZIADEH,**

knowing and in reckless disregard of the fact that an alien, namely, Nursan Lakando, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in buildings and other places for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command and induce the same.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

## COUNT II
(Harboring Illegal Alien)

On or about the 26th day of July, 2010 in the Middle District of Pennsylvania, the defendant,

**NURA ZIADEH**,

knowing and in reckless disregard of the fact that an alien, namely, Anah Binti Dukat, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in buildings and other places for the purpose of commercial advantage and private financial gain and did aid, abet, counsel, command and induce the same.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

## COUNT III
(Harboring Illegal Alien)

On or about the 26th day of July, 2010 in the Middle District of Pennsylvania, the defendant,

**NURA ZIADEH** and
**RASHID ZIADEH,**

knowing and in reckless disregard of the fact that an alien, namely, Tuti Emuh, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in buildings and other places, for the purpose of commercial advantage and private financial gain and did aid, abet, counsel, command and induce the same.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

## COUNT IV
(Harboring Illegal Alien)

On or about the 16th day of November 2010, in the Middle District of Pennsylvania, the defendants,

**NURA ZIADEH** and

3

**MANNATULLAH ZIADEH,**

knowing and in reckless disregard of the fact that an alien, namely, Nani Martini, a/k/a Fatma, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in buildings and other places for the purpose of commercial advantage and private financial gain and did aid, abet, counsel, command and induce the same.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

## COUNT V
(Harboring Illegal Alien)

On or about the summer of 2007, in the Middle District of Pennsylvania, the defendants,

**NURA ZIADEH,**
**RASHID ZIADEH** and
**MANNATULLAH ZIADEH,**

knowing and in reckless disregard of the fact that an alien, namely, Sri Anah Sunardi, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in buildings and

other places for the purpose of commercial advantage and private financial gain and did aid, abet, counsel, command and induce the same.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

*Peter J. Smith*
_____
PETER J. SMITH
United States Attorney