UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CIVIL NO. 1:12-CR-43-02 |
| : | |
| RASHID ZIADEH, : | |
| Defendant : | |

*O R D E R*

AND NOW, this 22nd day of April, 2013, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 81), to which no objections have been filed, the court concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

1. The R&R (Doc. 81) is ADOPTED.

2. Pursuant to the magistrate judge's recommendation, Defendant is adjudged guilty of the offenses set forth in Counts III and V of the Indictment, subject to any rights retained by this court at sentencing pursuant to Rule 11.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge